**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

DAVID FRANCO,                                    CIVIL ACTION NO:  2:25-cv-00665

      Plaintiff,

      v.

PENN HIGHLANDS CONNELLSVILLE
HOSPITAL, formerly "Highlands Hospital,"

      Defendant.

## DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Defendant, Highlands Hospital d/b/a Penn Highlands Connellsville (incorrectly identified as "Penn Highlands Connellsville Hospital, formerly 'Highlands Hospital'"), hereby files this Motion to Dismiss Plaintiff's Complaint. As more fully set forth in Defendant's Memorandum of Law in Support of its Motion to Dismiss, which is being simultaneously filed with this Motion, Plaintiff's Complaint must be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

Accordingly, Plaintiff's Complaint against this Defendant should be dismissed with prejudice as a matter of law.

GORDON REES SCULLY MANSUKHANI, LLP

Date: April 14, 2026              _/s/ Jacob S. Lehman_____
Jacob S. Lehman, Esquire (Pa. I.D. No. 319457)
GORDON REES SCULLY MANSUKHANI, LLP
75 Hopper Place, Suite 301
Pittsburgh, PA  15222
jlehman@grsm.com

1

T:  (412) 577-7400
F:  (412) 347-5461
*Counsel for Defendant, Highlands Hospital d/b/a Penn Highlands Connellsville (incorrectly identified as "Penn Highlands Connellsville Hospital, formerly 'Highlands Hospital'")*

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

DAVID FRANCO,

      Plaintiff,

      v.

                CIVIL ACTION NO:  2:25-cv-00665

PENN HIGHLANDS CONNELLSVILLE
HOSPITAL, formerly "Highlands Hospital,"

      Defendant.

---

### DEFENDANT'S CERTIFICATE OF CONFERRAL

---

Defendant, Highlands Hospital d/b/a Penn Highlands Connellsville (incorrectly identified as "Penn Highlands Connellsville Hospital, formerly 'Highlands Hospital'"), hereby certifies that they have made the following good faith efforts to confer with Plaintiff's counsel to determine whether the deficiencies raised in the accompanying Motion and Memorandum in Support could be sufficiently cured by amendment:

1.      On or about April 2, 2026, undersigned counsel sent correspondence to Plaintiff summarizing the issues to be raised in Defendant' Motion to Dismiss and accompanying Memorandum in Support and requesting that Plaintiff advise how he intended to proceed and whether he intended to present written opposition to the motion if and when filed. Plaintiff did not respond to this correspondence.

2.      On or about April 10, 2026, undersigned counsel sent email correspondence to the email address listed on Plaintiff's filing paperwork, attaching the prior correspondence and requesting a response as to Plaintiff's intent and position on the motion.

3.     Undersigned counsel is not in possession of a contact telephone number for Plaintiff to attempt to confer telephonically with Plaintiff.

4.     This Motion now follows, after the above-described attempts to confer.

GORDON REES SCULLY MANSUKHANI, LLP

Date: April 14, 2026                    _/s/ Jacob S. Lehman_____
                                        Jacob S. Lehman, Esquire (Pa. I.D. No. 319457)
                                        GORDON REES SCULLY MANSUKHANI, LLP
                                        75 Hopper Place, Suite 301
                                        Pittsburgh, PA  15222
                                        jlehman@grsm.com
                                        T:  (412) 577-7400
                                        F:  (412) 347-5461
                                        *Counsel for Defendant, Highlands Hospital d/b/a Penn Highlands Connellsville (incorrectly identified as "Penn Highlands Connellsville Hospital, formerly 'Highlands Hospital'")*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been served on all parties and counsel of record this 14th day of April, 2026, via the Court's Electronic Filing System and by First Class Mail.

David Franco
551 5th Avenue
Brownsville, PA 15417

Date: April 14, 2026          _/s/ Jacob S. Lehman_____